2013–0220.  State v. Riehle.
Hamilton App. No. C–120297.

2013–0227.  Deutsche Bank Natl. Trust Co. v. Goolsby.
Cuyahoga App. No. 99138.

2013–0229.  State v. G.G.
Franklin App. No. 12AP–188, 2012-Ohio-5902.
   O'DONNELL, J., dissents and would accept the appeal on Proposition of Law No. I.

2013–0237.  Boatwright v. Penn–Ohio Logistics.
Mahoning App. No. 12 MA 39, 2012-Ohio-6238.
   O'NEILL, J., dissents.

2013–0238.  State v. Newsome.
Putnam App. No. 12–12–03, 2012-Ohio-6119.

2013–0240.  Adams v. Enon.
Clark App. No. 2012-CA-42, 2012-Ohio-6178.
   O'CONNOR, C.J., and LANZINGER and O'NEILL, JJ., dissent.

2013–0241.  State ex rel. Phillips Supply Co. v. Cincinnati.
Hamilton App. No. C–120168, 2012-Ohio-6096.
   O'NEILL, J., dissents.

2013–0242.  In re Palcisco v. Palcisco.
Trumbull App. No. 2012-T-0031, 2012-Ohio-6134.
   O'DONNELL and O'NEILL, JJ., dissent.

2013–0244.  Lamar Advertising Co. v. 700 Broadway Partners, L.L.C.
Hamilton App. No. C–120336.

2013–0245.  Columbus v. Schaaf.
Franklin App. No. 12AP–254, 2012-Ohio-6198.
   FRENCH, J., not participating.

2013–0246.  Deutsche Bank Natl. Trust Co. v. Rudolph.
Cuyahoga App. No. 98383, 2012-Ohio-6141.

2013–0247.  State v. Brooks.
Hancock App. No. 5–11–11, 2012-Ohio-5235.
   O'NEILL, J., dissents.

2013–0249.  Price v. Carter Lumber Co.
Summit App. No. 26243, 2012-Ohio-6109.
   O'NEILL, J., dissents.

2013–0250.  State v. Wilson.
Montgomery App. No. 23129, 2013-Ohio-180.

2013–0251.  State v. Morris.
Medina App. No. 09CA0022-M, 2012-Ohio-6151.
   O'DONNELL, FRENCH, and O'NEILL, JJ., dissent.

2013–0253.  State v. Leet.
Montgomery App. No. 24692, 2012-Ohio-6186.
   O'DONNELL, J., dissents.

2013–0254.  State v. Coonrod.
Pickaway App. No. 11CA3, 2012-Ohio-6302.

2013–0256.  State v. Damron.
Franklin App. No. 12AP–209, 2012-Ohio-5977.
   O'NEILL, J., dissents.
   FRENCH, J., not participating.